UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 09-21584-CIV-HUCK/O'SULLIVAN

ADRIAN RIZO and ARIEL RIZO,

    Plaintiffs,

v.

FLORIDA FIRE STOPPING, INC.,
GASTON ALONSO, JR., and
GASTON H. ALONSO,

    Defendants.
_____/



CLOSED CIVIL CASE

## ORDER OF DEFAULT FINAL JUDGMENT

    This cause is before the Court upon Plaintiffs' Motion for Final Default Judgment, filed July 13, 2009 (D.E. #11) and Amended Motion for Final Default Judgment, filed on July 23, 2009 (D.E. #15).

    On July 10, 2009, the Clerk entered an Order for Default Judgment. (D.E. #10.) Plaintiffs filed affidavits with the Court attesting to their damages (D.E. #11) and the Court heard testimony regarding the same at the hearing on the Motion for Final Default Judgment held on July 23, 2009. Plaintiffs subsequently filed an Amended Motion for Final Default Judgment (D.E. #15) reducing the value of their claim. The Court has considered the motions, the pertinent portions of the record, the evidence presented at the hearing on Motion for Final Default Judgment, and is otherwise fully advised in the premises. Accordingly, it is hereby

    ORDERED and ADJUDGED as follows:

    1. The Plaintiff's Motion and Amended Motion for Final Judgment are granted in part.

    2. Default Final Judgment is hereby entered against all three Defendants, Florida Fire Stopping, Inc., Gaston Alonso, Jr., and Gaston H. Alonso, jointly and severally and in favor of Plaintiffs upon Plaintiffs Complaint in the amount of

        (a) $14,580 as to Adrian Rizo (this amount consists of unpaid overtime compensation totaling $7,290 and an additional equal amount of $7,290 as liquidated damages pursuant to 29 U.S.C § 216(b));

(b) $12,780 as to Ariel Rizo (this amount consists of unpaid overtime compensation totaling $6,390 and an additional equal amount of $6,390 as liquidated damages pursuant to 29 U.S.C § 216(b));

(c) $917.50 for reasonable attorney's fees;[1] and

(d) $540 in costs[2]

for a total of $28,817.50. Interest shall accrue at the rate prescribed by 28 U.S.C. §1961 until this judgment is satisfied, for which sum let execution issue.

This case is closed and all pending motions are denied as moot.

DONE in Chambers, Miami, Florida, July 24, 2009.

Paul C. Huck
United States District Judge

Copies furnished to:
Counsel of Record

---

[1] The Court finds a $300 hourly rate for 1.6 hours of work by Mr. Jamie Zidell, Esq. reasonable and a $175 hourly rate for 2.5 hours of work by Mr. Daniel Feld, Esq. likewise reasonable in this case.

[2] Costs in this case consist of $350 filing fee, $105 for service of process, and $85 for the cost of an interpreter for the July 23, 2009 hearing.